```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12257
    JERMEL WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6567


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 07/10/2007 and was not confirmed.

    The case was dismissed without confirmation 10/24/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
BAYVIEW LOAN SERVICING     CURRENT MORTG         .00            .00              .00
BAYVIEW LOAN SERVICING     MORTGAGE ARRE    15817.64            .00              .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    12573.00            .00           925.26
CAPITAL ONE AUTO FINANCE   UNSECURED           14.59            .00              .00
HOME PLUS FINANCE          CURRENT MORTG         .00            .00              .00
HOME PLUS FINANCE          MORTGAGE ARRE     2600.00            .00              .00
CITY OF CHICAGO WATER DE   SECURED            309.00            .00           206.00
IRA T NEVEL                NOTICE ONLY     NOT FILED            .00              .00
SEATTLE DEPARTMENT OF SU   DSO ARREARS     NOT FILED            .00              .00
AFNI INC                   UNSECURED       NOT FILED            .00              .00
CAPITAL ONE                UNSECURED         1428.55            .00              .00
COMMONWEALTH EDISON        UNSECURED          664.85            .00              .00
RICKENBACKER               UNSECURED       NOT FILED            .00              .00
LATTICE BLACK-BELL         NOTICE ONLY     NOT FILED            .00              .00
ILLINOIS DEPARTMENT OF U   PRIORITY        NOT FILED            .00              .00
LATICE BLACK BELL          NOTICE ONLY     NOT FILED            .00              .00
LEGAL HELPERS PC           DEBTOR ATTY       2,098.00                        987.39
TOM VAUGHN                 TRUSTEE                                           151.35
DEBTOR REFUND              REFUND                                          2,270.00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    4,540.00

PRIORITY                                                  .00
SECURED                                              1,131.26
UNSECURED                                                 .00
ADMINISTRATIVE                                         987.39
TRUSTEE COMPENSATION                                   151.35
DEBTOR REFUND                                        2,270.00
                         ---------------        ---------------
TOTALS                     4,540.00                  4,540.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 12257 JERMEL WILLIAMS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/25/08
                                        /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                                        PAGE   2
        CASE NO. 07 B 12257 JERMEL WILLIAMS